Opinion issued October 30, 2008 

 











In The

Court of Appeals

For The

First District of Texas






NO. 01-08-00097-CV






GEOSCIENCE ENGINEERING AND TESTING, INC., Appellant


V.


S.L.I. DESIGN, INC. AND S.L.I. GROUP, INC., Appellees






On Appeal from the 127th District Court

Harris County, Texas

Trial Court Cause No. 2006-02848





MEMORANDUM OPINION


 Appellant, Geoscience Engineering and Testing, Inc., has filed a motion to
dismiss its appeal due to the parties' settlement, after mediation. The motion
indicates that it is unopposed. Attached to the motion is a copy of the parties'
settlement agreement. Accordingly, the motion is granted, and the appeal is
dismissed. See Tex. R. App. P. 42.1(a)(1).

 Any other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. See Tex. R. App.
P. 18.1.

PER CURIAM

Panel consists of Justices Taft, Keyes, and Alcala.